No. 953.  SEARS, ROEBUCK & Co. ET AL. *v.* HORTON ET AL., TRUSTEES IN BANKRUPTCY.  C. A. 10th Cir.  Certiorari denied.  *Herbert W. DeLaney, Jr.,* for petitioners.

No. 954.  HUTTER ET AL. *v.* CITY OF CHICAGO.  Sup. Ct. Ill.  Certiorari denied.  *John A. Hutter, Jr., pro se,* and for other petitioners.  *Richard L. Curry, Marvin E. Aspen,* and *Howard C. Goldman* for respondent.

No. 962.  SOUTH BAY DAILY BREEZE, A DIVISION OF SOUTHERN CALIFORNIA ASSOCIATED NEWSPAPERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.  *Charles G. Bakaly, Jr.,* for petitioner.  *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 969.  RAPOPORT *v.* RAPOPORT, AKA SIROTT.  C. A. 9th Cir.  Certiorari denied.  *Sheldon W. Farber* and *Richard J. Sincoff* for petitioner.

No. 970.  WEBB *v.* NOLAN.  C. A. 4th Cir.  Certiorari denied.  *H. Gardner Hudson* for respondent.

No. 971.  CALIFORNIA *v.* BELOUS.  Sup. Ct. Cal.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *Arlo E. Smith,* Chief Assistant Attorney General, *William E. James,* Assistant Attorney General, and *Phillip G. Samovar,* Deputy Attorney General, for petitioner.  *A. L. Wirin* and *Fred Okrand* for respondent.  *Herman F. Selvin, John F. Duff, Richard G. Logan, Richard D. Andrews,* and *James S. De Martini* for Barnes et al. as *amici curiae* in support of the petition.